# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MABELENE MORENS**
**and PETE EDWARDS**                                                          **PLAINTIFFS**

v.                         No. 3:19-cv-126-DPM

**DAKOTA DUNKIN, in his individual capacity;**
**JOHN DOES I–X, in their individual capacities;**
**and CITY OF OSCEOLA, ARKANSAS**              **DEFENDANTS**

## JUDGMENT

The amended complaint is dismissed with prejudice. The Court retains jurisdiction until 19 January 2024 to enforce the parties' settlement agreement.

_____
D.P. Marshall Jr.
United States District Judge

21 November 2023